UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil No.  09-13461
                                         Honorable Marianne O. Battani
v.                                          Magistrate Judge Mona K. Majzoub

ALL FUNDS ON DEPOSIT FROM JP MORGAN
CHASE BANK ACCOUNT #779561265 IN THE
AMOUNT OF $39,894.38, IN THE NAME OF
EASTSIDE DISCOUNT PHARMACY; AND
ALL FUNDS ON DEPOSIT FROM JP MORGAN
CHASE BANK ACCOUNT #779561117 IN THE
AMOUNT OF $33,110.98, IN THE NAME OF
WESTSIDE DISCOUNT PHARMACY

        Defendants *In Rem*.
_____/

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Thirty Nine Thousand Eight Hundred Ninety-Four Dollars and Thirty-Eight cents ($39,894.38) in United States Currency and Thirty-Three Thousand One Hundred-Ten Dollars and Ninety-Eight cents ($33,110.98) in United States Currency, are hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6) and/or 18 U.S.C. § 981(a)(1)(C).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Eastside Discount Pharmacy, Westside Discount Pharmacy, Mahmoud Fardous, Ali Fardous and Mawri Munif or their successors and assignees, in such currency, and any right, title and interest of all other persons, is hereby and forever **EXTINGUISHED**, and that clear title to such currency is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshal's Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency in accordance with law.

                                                     s/Marianne O. Battani
                                                     HONORABLE MARIANNE O. BATTANI
                                                     United States District Judge

Dated: February 2, 2010